FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 29, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT ROYBAL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TOPPENISH SCHOOL DISTRICT; and JOHN CERNA, Superintendent,<br><br>　　　　　　Defendants. | No.　1:14-CV-03092-SMJ<br><br>**ORDER DISMISSING CASE** |

On October 26, 2018, the parties filed a Stipulation and Order of Dismissal of Claims Against Defendants, ECF No. 147. Consistent with Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED**:

**1.** The parties' Stipulation and Order of Dismissal of Claims Against Defendants, ECF No. 147, is **ACKNOWLEDGED**.

**2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT**.

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **ENTER JUDGMENT OF DISMISSAL WITH PREJUDICE** and **CLOSE** this file.

ORDER DISMISSING CASE **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 29th day of October 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2