# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Oct 29, 2018
SEAN F. McAVOY, CLERK

ROBERT ROYBAL,

*Plaintiff*

v.

TOPPENISH SCHOOL DISTRICT; and JOHN CERNA, Superintendent,

*Defendant*

Civil Action No. 1:14-cv-03092-SMJ

## JUDGMENT OF DISMISSAL

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Stipulation and Order of Dismissal of Claims Against Defendants, ECF No. 147, is ACKNOWLEDGED. All claims are DISMISSED WITH PREJUDICE, with all parties to bear their own costs and attorneys' fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge SALVADOR MENDOZA, JR. on a Stipulation and Order of Dismissal of Claims Against Defendants (ECF No. 147).

Date: 10/29/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates